UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

        - against -

CHRISTOPHER COLLINS,
CAMERON COLLINS, and
STEPHEN ZARSKY,

                Defendants.

NOTICE OF MOTION

ECF Case

No. 18 Civ. 7128 (KPF)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Christopher Collins, et al.*, 18 Cr. 567 (VSB); and the accompanying memorandum of law, the United States of America, by its attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court for an order (1) permitting the United States to intervene in the above-captioned case, pursuant to Federal Rule of Civil Procedure 24; and (2) staying all discovery in this case, with the exception of certain party document discovery pursuant to the attached proposed order, until the conclusion of the parallel criminal case *United States v. Christopher Collins, et al.*, 18 Cr. 567 (VSB), which

1

is scheduled for trial on February 3, 2020, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
November 5, 2018

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

By:      /s/
                              DAMIAN WILLIAMS
                              SCOTT HARTMAN
                              MAX NICHOLAS
                              Assistant United States Attorneys
                              One Saint Andrew's Plaza
                              New York, New York 10007
                              Telephone: (212) 637-2298/2357/1565
                              Facsimile: (212) 637-2452