UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER COLLINS,<br>CAMERON COLLINS,<br>STEPHEN ZARSKY, and<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  1:18-cv-07128-KPF-KNF<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Civil Rule 1.4, the United States Securities and Exchange Commission moves the Court for leave to permit Cheryl L. Crumpton to withdraw as counsel of record in the above-captioned action.  Ms. Crumpton has accepted other employment and therefore will no longer be permitted to represent the Commission.  The case is currently stayed pending the resolution of *United States v. Collins, et al.*, 18-cr-576, and there are no pending deadlines.  The Commission will continue to be represented in this matter by its remaining counsel of record.

Dated:   June 21, 2019

                                              Respectfully submitted,

                                              *s/ Cheryl L. Crumpton*
                                              Cheryl L. Crumpton
                                              Melissa J. Armstrong
                                              Securities and Exchange Commission
                                              100 F Street, N.E.
                                              Washington, D.C. 20549
                                              Tel:   202-551-4724
                                              armstrongma@sec.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, this 21st day of June 2019, I electronically transmitted the Plaintiff's Motion to Withdraw Appearance of Counsel to the Court's Electronic Case Filing (ECF) System, and concurrently caused electronic notice of same to be sent to all counsel of record.

                                      *s/ Cheryl L. Crumpton*
                                      CHERYL L. CRUMPTON