**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **vs.** : | **1:18-cv-07128-KPF-KNF** |
| : | |
| **CHRISTOPHER COLLINS,** : | |
| **CAMERON COLLINS,** : | |
| **STEPHEN ZARSKY, and** : | |
| : | |
| **Defendants.** : | |
| : | |

**[PROPOSED] ORDER**

Upon the *Plaintiff's Motion to Withdraw Appearance of Counsel,*

IT IS ORDERED that the Motion is GRANTED, and Cheryl L. Crumpton is WITHDRAWN as attorney for plaintiff United States Securities and Exchange Commission. Plaintiff will continue to be represented in this matter by its remaining counsel of record.

Date:_____

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE